UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORDA
MIAMI DIVISION

CASE NO. 1-22-cv-22022

EDWIN ORLANDO AGUIRRE FLORES,
and all others similiarly-situated,

    Plaintiff,

v.

CUSTOM KRAFT, LLC,
a Florida profit corporation, and
RAUL AGUILAR, individually,

    Defendants.
_____/

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1441 and 1446, and U.S. Dist. Ct. (S.D. Fla.) L.R. 3.4, Defendants, CUSTOM KRAFT, LLC, and RAUL AGUILAR (collectively, "Defendants"), hereby give notice of the removal of the above-entitled action from the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida (Case No. 2022-009467-CA-01) to the United States District Court for the Southern District of Florida, Miami Division, and in support of the notice state as follows:

    **1.**    **State Court Action**

On May 24, 2022, Plaintiff, EDWIN ORLANDO AGUIRRE FLORES ("Plaintiff"), filed an action in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, styled *Edwin Orlando Aguirre Flores v. Custom Kraft, LLC, and Raul Aguilar*, Case No. 2022-009467-CA-01.

FORS | ATTORNEYS AT LAW
1108 PONCE DE LEON BLVD., CORAL GABLES, FL 33134 ▪ PHONE: (305) 448-5977 ▪ FAX: (305) 446-1898

2. **Defendants' Receipt of Complaint**

On June 13, 2022, copies of the Summons and Complaint were served on Defendants. Defendants did not have prior notice of the action.

3. **Nature of Action**

Through the filing of the Complaint, Plaintiff seeks to recover alleged unpaid overtime wages and reasonable attorneys' fees and costs under the Fair Labor Standards Act, 29 U.S.C. § 201, *et. seq*. All of the Plaintiff's claims arise out of Plaintiff's employment with Defendant CUSTOM KRAFT, LLC.

4. **Removal of State Court Actions**

Pursuant to 28 U.S.C. § 1441(a), "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant . . . to the district court of the United States for the district and division embracing the place where such action is pending." Further, this action is removable under 28 U.S.C. § 1331 (federal question jurisdiction). *See* ¶ 5. Venue is proper in the Miami Division of the Southern District of Florida and this notice is timely filed. *See* ¶¶ 6–7.

5. **Federal Question Jurisdiction**

Pursuant to 28 U.S.C. § 1331, "[t]he district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States." This is a civil action in which Plaintiff's claims for relief arise from and relate to his employment with Defendant CUSTOM KRAFT, LLC, and its alleged failure to pay Plaintiff overtime wages in violation of the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq*. Therefore, for purposes of 28 U.S.C. § 1331, this Court has original federal question jurisdiction over this action.

FORS | ATTORNEYS AT LAW
1108 PONCE DE LEON BLVD., CORAL GABLES, FL 33134 ▪ PHONE: (305) 448-5977 ▪ FAX: (305) 446-1898

6. **Venue**

As alleged in the Complaint, the conduct at issue relates to Plaintiff's employment with Defendant, CUSTOM KRAFT, LLC, in Miami-Dade County, Florida.  Accordingly, the Southern District of Florida is the judicial district embracing the place where the state court case was brought and is pending and thus, is the proper district court to which this case should be removed.  *See* 28 U.S.C. §§ 89(b), 1441(a) & 1446(a).  Moreover, the Miami Division is the proper division within the Southern District of Florida to which the case should be removed given that Plaintiff alleges the causes of action arose in Miami-Dade County, Florida and brought his lawsuit in Miami-Dade County, Florida.  *See* 28 U.S.C. §§ 1441(a), (e) & 1446(a); S.D.L.R. 3.4(D).

7. **Timeliness of Notice of Removal**

Pursuant to 28 U.S.C. § 1446(b), this removal is timely because thirty (30) days have not elapsed since Defendants received Plaintiff's Complaint.

8. **State Court Pleadings**

Pursuant to 28 U.S.C. § 1446(a), with this notice, Defendants are simultaneously filing copies of all process, pleadings, and orders existing on file in the State court in this removed action. *See* Composite Exhibit "A."

## MEMORANDUM OF LAW

Based on the face of the Complaint and because of the arguments presented below, this action must be removed to federal court pursuant to 28 U.S.C. § 1331.

I. **There is a Federal Question Involved**

There is a federal question involved in the Complaint. This is a civil action in which Plaintiff's claims for relief in his Complaint arises from and relates to his employment with Defendant, CUSTOM KRAFT, LLC, and its alleged failure to pay overtime wages in violation of

the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq*.  Therefore, for purposes of 28 U.S.C. § 1331, this Court has original federal question jurisdiction over this action.

## CONCLUSION

For the foregoing reasons, this Court has jurisdiction over this action pursuant to 28 U.S.C. § 1331, and this action is properly removed pursuant to 28 U.S.C. §§ 1441 and 1446.

Respectfully submitted this 5th day of July, 2022.

          **FORS | ATTORNEYS AT LAW**
          *Counsel for Defendants*
          1108 Ponce de Leon Blvd.
          Coral Gables, FL  33134
          Tel. (305) 448-5977
          Fax. (305) 446-1898

          */s/ Jorge L. Fors*
          JORGE L. FORS, ESQ.
          Florida Bar No. 347647
          *info@forslegal.com*
          *jfors@forslegal.com*

## CERTIFICATE OF SERVICE

I hereby certify that on July 5, 2022, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system.  I also certify that the foregoing document is being served this day on all counsel or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Filing.

          Brody M. Shulman, Esq.
          PERRERA ALEMAN
          2030 S. Douglas Road, Suite 203
          Coral Gables, Florida 33134
          Telephone: (786) 485-5232
          E-mail: brody@pba-law.com
          *Counsel for Plaintiff*

          By:  */s/ Jorge L. Fors*
               JORGE L. FORS, ESQ.
               Florida Bar No. 347647

Page 4 of 4

**FORS | ATTORNEYS AT LAW**
1108 PONCE DE LEON BLVD., CORAL GABLES, FL 33134 ▪ PHONE: (305) 448-5977 ▪ FAX: (305) 446-1898