**FORM 1.997.    CIVIL COVER SHEET**

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner with the Clerk of Court for the purpose of reporting uniform data pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

### I.    CASE STYLE

IN THE CIRCUIT/COUNTY COURT OF THE <u>ELEVENTH</u>   JUDICIAL CIRCUIT, IN AND FOR <u>MIAMI-DADE</u>   COUNTY, FLORIDA

<u>Edwin Orlando Aguirre Flores</u>
Plaintiff

Case # _____
Judge _____

vs.
<u>Custom Kraft, LLC, Raul Aguilar</u>
Defendant

### II.    AMOUNT OF CLAIM

Please indicate the estimated amount of the claim, rounded to the nearest dollar. The estimated amount of the claim is requested for data collection and clerical processing purposes only. The amount of the claim shall not be used for any other purpose.

☐  $8,000 or less
☐  $8,001 - $30,000
☐  $30,001- $50,000
☒  $50,001- $75,000
☐  $75,001 - $100,000
☐  over $100,000.00

### III.    TYPE OF CASE    (If the case fits more than one type of case,   select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x on both the main category and subcategory lines.



EXHIBIT
A

- 1 -

**CIRCUIT CIVIL**

☐ Condominium
☐ Contracts and indebtedness
☐ Eminent domain
☐ Auto negligence
☐ Negligence—other
       ☐ Business governance
       ☐ Business torts
       ☐ Environmental/Toxic tort
       ☐ Third party indemnification
       ☐ Construction defect
       ☐ Mass tort
       ☐ Negligent security
       ☐ Nursing home negligence
       ☐ Premises liability—commercial
       ☐ Premises liability—residential
☐ Products liability
☐ Real Property/Mortgage foreclosure
       ☐ Commercial foreclosure
       ☐ Homestead residential foreclosure
       ☐ Non-homestead residential foreclosure
       ☐ Other real property actions

☐ Professional malpractice
       ☐ Malpractice—business
       ☐ Malpractice—medical
       ☐ Malpractice—other professional
☒ Other
       ☐ Antitrust/Trade regulation
       ☐ Business transactions
       ☐ Constitutional challenge—statute or ordinance
       ☐ Constitutional challenge—proposed amendment
       ☐ Corporate trusts
       ☐ Discrimination—employment or other
       ☐ Insurance claims
       ☐ Intellectual property
       ☐ Libel/Slander
       ☐ Shareholder derivative action
       ☐ Securities litigation
       ☐ Trade secrets
       ☐ Trust litigation

**COUNTY CIVIL**

☐ Small Claims up to $8,000
☐ Civil
☐ Real property/Mortgage foreclosure

☐ Replevins
☐ Evictions
    ☐ Residential Evictions
    ☐ Non-residential Evictions
☐ Other civil (non-monetary)

## COMPLEX BUSINESS COURT

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order.  Yes ☐ No ☒

**IV.**    **REMEDIES SOUGHT** (check all that apply):
☒ Monetary;
☒ Nonmonetary declaratory or injunctive relief;
☐ Punitive

**V.**    **NUMBER OF CAUSES OF ACTION:** [   ]
(Specify)

  <u>2</u>

**VI.**    **IS THIS CASE A CLASS ACTION LAWSUIT?**
    ☒ yes
    ☐ no

**VII.**    **HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
    ☒ no
    ☐ yes If "yes," list all related cases by name, case number, and court.

**VIII.**    **IS JURY TRIAL DEMANDED IN COMPLAINT?**
    ☒ yes
    ☐ no

**IX.**    **DOES THIS CASE INVOLVE ALLEGATIONS OF SEXUAL ABUSE?**
    ☐ yes
    ☒ no

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature: <u>s/ Jorge Freddy Perera</u>       Fla. Bar # <u>93625</u>
      Attorney or party             (Bar # if attorney)

<u>Jorge Freddy Perera  </u>        <u>05/24/2022</u>
  (type or print name)         Date

## IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
## IN AND FOR MIAMI-DADE COUNTY, FLORIDA

### CASE NO.: _____

**EDWIN ORLANDO AGUIRRE FLORES,**
and all others similarly situated under
29 U.S.C. §216(b),

      Plaintiff(s),

vs.

**CUSTOM KRAFT, LLC,**
a Florida For-Profit Corporation, and
**RAUL AGUILAR**, individually,

      Defendants.

_____/

### COMPLAINT

*Collective Action Pursuant to 29 U.S.C. §216(b)*

    **EDWIN ORLANDO AGUIRRE FLORES** ("Plaintiff"), by and through the undersigned counsel and on behalf of all similarly-situated individuals, hereby sues **CUSTOM KRAFT, LLC** ("Custom Kraft"), a Florida For-Profit Corporation, and **RAUL AGUILAR** ("Aguilar"), individually (collectively "Defendants") and alleges as follows:

### INTRODUCTION

    1.    This is an action for unpaid overtime wages pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201 *et seq.* ("FLSA").

    2.    Plaintiff seeks damages within this Court's jurisdiction, reasonable attorneys' fees, and costs pursuant to the FLSA, and all other remedies allowable by law.

PERERA ALEMÁN
12555 Orange Drive · Second Floor · Davie, FL 33330
2030 S Douglas Road · Suite 203 · Coral Gables, FL 33134
www.PBA-Law.com · Phone (786) 485.5232

## PARTIES, JURISDICTION, AND VENUE

3.    Plaintiff was formerly employed by Defendants and performed work for Defendants in Miami-Dade County, Florida.

4.    Custom Kraft is, and was, a Florida For-Profit Corporation conducting business in Miami-Dade County.

5.    Aguilar is, and was, a corporate officer for/operator of Custom Kraft during the relevant time period.  Further, Aguilar controlled the business and Custom Kraft's employees (including Plaintiff) in terms of hiring, firing, scheduling, duties, work hours, calculation of wages, paying of wages, and ensuring compliance with local, state, and federal laws, including, but not limited to, the FLSA.

6.    Custom Kraft and Aguilar are employers, joint employer, or co-employer for purposes of the FLSA as the term is defined by 29 U.S.C. § 203.

7.    Venue is proper in this Court because Defendants transact business in this Circuit, Defendants maintain a principal place of business in this Circuit, Defendants employed Plaintiff in this Circuit, and the claims arose within the Circuit.

## GENERAL ALLEGATIONS

**A. Defendants' Business and Interstate Commerce**

8.    The primary purpose of Custom Kraft is to manufacture and install quartz and granite countertops and other surfaces in kitchens.

PERERA ALEMÁN
12555 Orange Drive · Second Floor · Davie, FL 33330
2030 S Douglas Road · Suite 203 · Coral Gables, FL 33134
www.PBA-Law.com · Phone (786) 485.5232

9.     Under information and belief, Plaintiff alleges that Custom Kraft's gross annual revenue exceeded $500,000.00 during 2019, 2020, 2021 and is expected to exceed $500,000.00 during 2022.

10.    Custom Kraft customarily and regularly sold goods and services across state lines.

11.    At all relevant times, Custom Kraft employed two or more employees that customarily, continually, and regularly handled goods and materials that i) were purchased from a person or entity outside the state of Florida and/or ii) were purchased in Florida but had previously traveled through interstate commerce.

12.    Upon information and belief, Custom Kraft obtained and solicited funds from non-Florida sources, accepted funds from non-Florida sources, used telephonic (or other electronic) transmissions going over state lines to do its business, transmitted funds outside the State of Florida, used electronic means to market and run their business in a way that was not limited to Florida, and otherwise regularly engaged in interstate commerce during the relevant period.

13.    Custom Kraft, upon information and belief, accepts checks, wire transfers, and other forms of payments that are made or processed outside the state of Florida, and did so during the relevant period.

14.    Custom Kraft is an employer engaged in interstate commerce and subject to the FLSA.

PERERA ALEMÁN
12555 Orange Drive · Second Floor · Davie, FL 33330
2030 S Douglas Road · Suite 203 · Coral Gables, FL 33134
www.PBA-Law.com · Phone (786) 485.5232

**B. Defendants' Employment and Failure to Properly Pay Plaintiff**

15.     Plaintiff's employment with Defendants began approximately nine (9) years ago.

16.     During his employment, Plaintiff worked as a non-exempt "Operator" earning $18.00 per hour.

17.     Throughout the relevant time period, Plaintiff regularly worked overtime hours where his work hours reached up to sixty (60) hours per week without proper wages as required by the FLSA.

18.     Defendants intentionally refused to pay Plaintiff overtime wages he was owed under the FLSA.

19.     Indeed, Defendants had complete knowledge of Plaintiff's overtime hours where the timekeeping system revealed the same. Despite this knowledge, Defendants willfully and purposefully did not tender Plaintiff his full and proper overtime wages he was owed under the FLSA.

20.     Further, Defendants improperly held Plaintiff out to be an independent contractor.

21.     Defendants were Plaintiff's employer, joint employer, or co-employer for purposes of the FLSA as the term employer is defined by 29 U.S.C. § 203 and, as such, jointly and severally owe Plaintiff unpaid overtime wages.

**C. Aguilar's Employment of, and Failure to Properly Pay, Plaintiff**

22.     During the relevant period, Aguilar was Plaintiff's manager/supervisor as well as the general operator of the business.

PERERA ALEMÁN
12555 Orange Drive · Second Floor · Davie, FL 33330
2030 S Douglas Road · Suite 203 · Coral Gables, FL 33134
www.PBA-Law.com · Phone (786) 485.5232

23.     During Plaintiff's employment, Aguilar acted as Plaintiff's supervisor/manager, provided Plaintiff with his work duties, gave feedback on the work Plaintiff performed for Defendants, had the ability to discipline Plaintiff, and was responsible for recording, calculating, and paying Plaintiff's work hours.

24.     Aguilar, at all material times, was on notice of Plaintiff's independent contractor misclassification but purposefully did not investigate nor remedy the due and owing overtime wages.

25.     Aguilar intentionally refused to pay Plaintiff overtime wages he was owed under the FLSA.

26.     Aguilar is partially or totally responsible for paying Plaintiff's due and owing overtime wages.

27.     Aguilar must be considered Plaintiff's employers, joint employer, or co-employer for purposes of the FLSA as the term employer is defined by 29 U.S.C. § 203.

### D. **Defendants' Illegal Payment Practices Affected All Other Similarly Situated Employees.**

28.     Defendants employ numerous other individuals that are purposefully misclassified as independent contractors.

29.     Through this misclassification, numerous other individuals were paid in a same or similar fashion as Plaintiff that violates the FLSA.

30.     Defendants employ numerous other individuals that customarily and regularly performed overtime work for which they were not compensated either fully and/or at the correct rate.

PERERA ALEMÁN
12555 Orange Drive · Second Floor · Davie, FL 33330
2030 S Douglas Road · Suite 203 · Coral Gables, FL 33134
www.PBA-Law.com · Phone (786) 485.5232

31.     The potential class of aggrieved individuals working for Defendants and subject to this misclassification have worked over forty (40) hours a week during the last three (3) years without being paid at a proper time-and-a-half their regular rate of pay for all overtime hours worked.

**COUNT I**
**OVERTIME VIOLATION BY CUSTOM KRAFT**
**UNDER THE FAIR LABOR STANDARDS ACT**

32.     Plaintiff, on behalf of himself and all others similarly situated, re-allege and incorporate by reference the allegations in paragraphs 1 through 31 above as if fully set forth herein.

33.     As part of its business, Custom Kraft purchased goods and materials that traveled through interstate commerce.

34.     These goods and materials were customarily, continually, and regularly handled by two or more employees, including Plaintiff.

35.     Upon information and belief, Custom Kraft obtained and solicited funds from non-Florida sources, accepted funds from non-Florida sources, used telephonic transmissions going over state lines to do its business, transmitted funds outside the State of Florida, used electronic means to market and run its business in a way that was not limited to Florida, and otherwise regularly engaged in interstate commerce during the relevant period.

36.     Custom Kraft, upon information and belief, accepted credit card payments, wire transfers, and other forms of payments made or processed outside the state of Florida during the relevant.

PERERA ALEMÁN
12555 Orange Drive · Second Floor · Davie, FL 33330
2030 S Douglas Road · Suite 203 · Coral Gables, FL 33134
www.PBA-Law.com · Phone (786) 485.5232

37.     During his employment with Custom Kraft, Plaintiff worked overtime hours for which he was not compensated at a rate of no less than one-and-a-half times his regularly rate of pay as required by the FLSA.

38.     Custom Kraft did not compensate Plaintiff for his overtime despite knowledge of the overtime hours Plaintiff worked.

39.     Plaintiff is owed unpaid overtime compensation pursuant to the FLSA.

40.     In addition, Custom Kraft is liable for double the overtime amounts owed as liquidated damages under the FLSA as a result of its intentional and willful violations for up to the three-year statute of limitations afforded by the FLSA.

**WHEREFORE,** Plaintiff respectfully requests that the Court:

a.  Enter judgment for Plaintiff and all others similarly situated against Custom Kraft under the FLSA;

b.  Award Plaintiff and all others similarly situated actual damages for the unpaid overtime wages;

c.  Award Plaintiff and all others similarly situated liquidated damages;

d.  Award Plaintiff and all others similarly situated attorneys' fees and costs;

e.  Award Plaintiff and all others similarly situated all recoverable interest; and

PERERA ALEMÁN
12555 Orange Drive · Second Floor · Davie, FL 33330
2030 S Douglas Road · Suite 203 · Coral Gables, FL 33134
www.PBA-Law.com · Phone (786) 485.5232

f. Award any other relief this Honorable Court deems just and proper.

**COUNT II**
**OVERTIME VIOLATIONS AGAINST RAUL AGUILAR UNDER**
**THE FAIR LABOR STANDARDS ACT**

41. Plaintiff, on behalf of himself and all others similarly situated, re-allege and incorporate by reference the allegations in paragraphs 1 through 31 above as if fully set forth herein.

42. Aguilar operated the day-to-day activities of Defendants' business, had supervisory authority over Plaintiff, had control/access to Plaintiff's records for work hours, and was partially or totally responsible for paying Plaintiff's wages.

43. Aguilar scrutinized Plaintiff's work and controlled how Plaintiff did his job.

44. During Plaintiff's employment with Defendants, Plaintiff consistently worked for Defendants over 40 hours per week.

45. Aguilar was fully aware that Plaintiff consistently worked for Defendants over 40 hours per week.

46. Despite notice and knowledge, Aguilar failed to investigate or otherwise remedy the due and owing overtime wages earned by Plaintiff.

47. During his employment with Defendants, Plaintiff worked overtime hours for which he was not compensated at a rate of time-and-a-half his regularly rate of pay as required by the FLSA.

PERERA ALEMÁN
12555 Orange Drive · Second Floor · Davie, FL 33330
2030 S Douglas Road · Suite 203 · Coral Gables, FL 33134
www.PBA-Law.com · Phone (786) 485.5232

48.     Plaintiff is owed unpaid overtime compensation pursuant to the FLSA.

49.     Aguilar did not compensate Plaintiff for his overtime despite his knowledge of the overtime hours Plaintiff worked.

50.     Aguilar is also jointly and severally liable for double the overtime amounts owed as liquidated damages under the FLSA as a result of his intentional and willful violation of the FLSA for up to the three-year statute of limitations afforded by the FLSA.

**WHEREFORE,** Plaintiff respectfully requests that the Court:

    a.   Enter judgment for Plaintiff and all others similarly situated against Aguilar under the FLSA;

    b.   Award Plaintiff and all others similarly situated for actual damages for the unpaid overtime wages;

    c.   Award Plaintiff and all others similarly situated liquidated damages;

    d.   Award Plaintiff and all others similarly situated attorneys' fees and costs;

    e.   Award Plaintiff and all others similarly situated all recoverable interest; and

    f.   Award any other relief this Honorable Court deems just and proper.

## <u>JURY TRIAL</u>

Plaintiff hereby requests a trial by jury with respect to all claims so triable.

PERERA ALEMÁN
12555 Orange Drive · Second Floor · Davie, FL 33330
2030 S Douglas Road · Suite 203 · Coral Gables, FL 33134
www.PBA-Law.com · Phone (786) 485.5232

Dated:  May 24, 2022

Respectfully submitted,

<u>By:</u> **_/s/ J. Freddy Perera_**
J. Freddy Perera, Esq.
Florida Bar No. 93625
freddy@pba-law.com
Brody M. Shulman, Esq.
Florida Bar No. 092044
brody@pba-law.com

**PERERA ALEMÁN**
12555 Orange Drive, Second Floor
Davie, Florida 33330
Telephone: 786-485-5232

*Counsel for Plaintiff*

PERERA ALEMÁN
12555 Orange Drive · Second Floor · Davie, FL 33330
2030 S Douglas Road · Suite 203 · Coral Gables, FL 33134
www.PBA-Law.com · Phone (786) 485.5232

## IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
## IN AND FOR MIAMI-DADE COUNTY, FLORIDA

### CASE NO.: 2022-009467-CA-01

**EDWIN ORLANDO AGUIRRE FLORES**,
and all others similarly situated under
29 U.S.C. §216(b),

      Plaintiff(s),

vs.

**CUSTOM KRAFT, LLC**,
a Florida For-Profit Corporation, and
**RAUL AGUILAR**, individually,

      Defendants.

_____/

### NOTICE OF APPEARANCE

     PLEASE TAKE NOTICE that Brody M. Shulman, Esq., of Perera Alemán, hereby respectfully enters his appearance in this matter as counsel of record for Plaintiff, EDWIN ORLANDO AGUIRRE FLORES, and requests that copies of all pleadings and documents filed with or issued with regard to the above-captioned case be sent to the undersigned.

### CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on May 25, 2022, a true and correct copy of the foregoing has been electronically filed with the Clerk of Court and served via electronic mail through the Florida Courts E-Portal system on all counsel of record.

                Respectfully submitted,

                By: **/s/ Brody M. Shulman**
                Brody M. Shulman, Esq.
                Florida Bar No. 92044
                brody@pba-law.com
                **PERERA ALEMÁN**
                2030 S Douglas Road, Suite 203
                Coral Gables, Florida 33134
                Telephone: 786-485-5232

PERERA ALEMÁN
12555 Orange Drive · Second Floor · Davie, FL 33330
2030 S Douglas Road · Suite 203 · Coral Gables, FL 33134
www.PBA-Law.com · Phone (786) 485.5232

Case 1:22-cv-22022-RNS  Document 1-1  Entered on FLSD Docket 07/05/2022  Page 15 of 34

**IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT**
**IN AND FOR MIAMI-DADE COUNTY, FLORIDA**

### CASE NO.: 2022-009467-CA-01

**EDWIN ORLANDO AGUIRRE FLORES,**
and all others similarly situated under
29 U.S.C. §216(b),

      Plaintiff(s),

vs.

**CUSTOM KRAFT, LLC,**
a Florida For-Profit Corporation, and
**RAUL AGUILAR**, individually,

      Defendants.

_____/

### SUMMONS

THE STATE OF FLORIDA:
To Each Sheriff of Said State:

      YOU ARE HEREBY COMMANDED to serve this Summons and a copy of Complaint
to Defendant:

**CUSTOM KRAFT, LLC**
THROUGH ITS REGISTERED AGENT:
**RAUL AGUILAR**
745 Majorca Avenue
Coral Gables, FL 33134

      Defendant is required to serve written defenses to the Complaint on Plaintiff's attorney,
whose name and address is: **J. Freddy Perera, Esq. and Brody M. Shulman, Esq., Perera
Alemán, 12555 Orange Drive, Second Floor, Davie, Florida 33330** within 20 calendar days
after service of this summons on that Defendant, exclusive of the day of service, and to file the
original of the defenses with the Clerk of the Court either before service on Plaintiff's attorney or
immediately thereafter.  If a Defendant fails to do so, a default will be entered against that
Defendant for the relief demanded in the complaint or petition.

      DATED ON _____, 2022.

          HARVEY RUVIN

          By: _____
               As Deputy Clerk

## SUMMONS:
## PERSONAL SERVICE OF A CORPORATION

### IMPORTANT

A lawsuit has been filed against you.  You have 20 calendar days after this summons is served upon you to file a written response to the attached Complaint in this Court.  A phone call will not protect you.  Your written response, including the above case number and named parties, must be filed if you want the Court to hear your case.  If you do not file your response on time, you may lose the case, and your wages, money and property may thereafter be taken without further warning from the Court.  There are other legal requirements.  You may want to call an attorney right away.  If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the Court you must also mail or take a carbon copy or photocopy of your written response to the "Plaintiff/Plaintiff Attorney" named below.

### IMPORTANTE

Usted ha sido demandado legalmente.  Tiene veinte (20) dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera; si usted desea que el escrito, incluyendo el numero del caso y los nombres de las partes interesadas en dicho caso.  Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o priva de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales.  Si lo desea puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda pro su cuenta, al mismoi tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia du su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney."  (Demandante o Abogado de Demandante).

### IMPORTANT

Des poursuites judiciaries ont ele entreprises contre vous.  Vous avez 20 jours consecutifs a partir de la date de l'assignation de cet'te citation pour deposser une response ecite a la plainte cijointe aupres de ce Tribunal.  Un simple coup de telephone est insuffisant pour vous proteger; vous etes oblige de deposer votre reponse ecrite, ave mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le Tribunal entende votre cause.  Si cous ne deposez pas votre reponse ecrite dans le relai requis, vous resiquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent tere saisis par la suite, sans aucun preavis ulterieur du Tribunal.  Il a d' autres obligations juridiques et vous pouvez requerir les services immediates d'un avocat.  Si vous ne connaissez pas d'avocats, vou pourriez telephoner a un service de reference d'avocats ou a un brueau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme tempos que cette formalite, faire parvenir ou expedier une copie au carbone ou une photocopie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocate) nomme ci-dessous.

Filed By:

    J. Freddy Perera, Esq.
    Florida Bar No. 93625
    freddy@pba-law.com
    Brody M. Shulman, Esq.
    Florida Bar No. 92044
    brody@pba-law.com

Address:

    **PERERA ALEMÁN**
    12555 Orange Drive
    Second Floor
    Davie, Florida 33330
    Telephone: 786-485-5232

## IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
## IN AND FOR MIAMI-DADE COUNTY, FLORIDA

### CASE NO.: 2022-009467-CA-01

**EDWIN ORLANDO AGUIRRE FLORES,**
and all others similarly situated under
29 U.S.C. §216(b),

      Plaintiff(s),

vs.

**CUSTOM KRAFT, LLC,**
a Florida For-Profit Corporation, and
**RAUL AGUILAR**, individually,

      Defendants.

_____/

### <u>SUMMONS</u>

THE STATE OF FLORIDA:
To Each Sheriff of Said State:

      YOU ARE HEREBY COMMANDED to serve this Summons and a copy of the Complaint, on Defendant:

### RAUL AGUILAR
745 Majorca Avenue
Coral Gables, FL 33134

      Defendant is required to serve written defenses to the Complaint on Plaintiff's attorney, whose name and address is: **J. Freddy Perera, Esq. and Brody M. Shulman, Esq., Perera Alemán, 12555 Orange Drive, Second Floor, Davie, Florida 33330** within 20 calendar days after service of this summons on that Defendant, exclusive of the day of service, and to file the original of the defenses with the Clerk of the Court either before service on Plaintiff's attorney or immediately thereafter. If a Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the complaint or petition.

      DATED ON _____, 2022.

           HARVEY RUVIN

           By: _____
                As Deputy Clerk

## SUMMONS:
## PERSONAL SERVICE OF A NATURAL PERSON

### IMPORTANT

A lawsuit has been filed against you.  You have 20 calendar days after this summons is served upon you to file a written response to the attached Complaint in this Court.  A phone call will not protect you.  Your written response, including the above case number and named parties, must be filed if you want the Court to hear your case.  If you do not file your response on time, you may lose the case, and you wage, money and property may thereafter be taken without further warning from the Court.  There are other legal requirements.  You may want to call an attorney right away.  If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the Court you must also mail or take a carbon copy or photocopy of your written response to the "Plaintiffs/Plaintiffs' Attorney" named below.

### IMPORTANTE

Usted ha sido demandado legalmente.  Tiene veinte (20) días, contados a partir del recibo de esta notificación, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal.  Una llamada telefónica no lo protegerá; si usted desea que el escrito, incluyendo el numero del caso y los nombres de las partes interesadas en dicho caso.  Si usted no contesta la demanda a tiempo, pudiese perder el caso y podría ser despojado de sus ingresos y propiedades, o privada de sus derechos, sin previo aviso del tribunal.  Existen otros requisitos legales.  Si lo desea puede usted consultar a un abogado inmediatamente.  Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guía telefónica.

Si desea responder a la demanda pro su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, deberá usted enviar por correo o entregar una copia du su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney."  (Demándate o Abogado de Demandante).

### IMPORTANT

Des poursuites judiciaries ont ele entreprises contre vous.  Vous avez 20 jours consecutifs a partir de la date de l'assignation de cet'te citation pour dep.osser une response ecite a la plainte cijointe aupres de ce Tribunal.  Un simple coup de telephone est insuffisant pour vous proteger; vous etes oblige de deposer votre reponse ecrite, ave mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le Tribunal entende votre cause.  Si cous ne deposez pas votre reponse ecrite dans le relai requis, vous resiquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent tere saisis par la suite, sans aucun preavis ulterieur du Tribunal.  Il a d' autres obligations juridiques et vous pouvez requerir les services immediates d'un avocat.  Si vous ne connaissez pas d'avocats, vou pourriez telephoner a un service de reference d'avocats ou a un brueau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme tempos que cette formalite, faire parvenir ou expedier une copie au carbone ou une photocopie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocate) nomme ci-dessous.

Filed By:

    J. Freddy Perera, Esq.
    Florida Bar No. 93625
    freddy@pba-law.com
    Brody M. Shulman, Esq.
    Florida Bar No. 92044
    brody@pba-law.com

Address:

    **PERERA ALEMÁN**
    12555 Orange Drive
    Second Floor
    Davie, Florida 33330

## IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
## IN AND FOR MIAMI-DADE COUNTY, FLORIDA

### CASE NO.: 2022-009467-CA-01

**EDWIN ORLANDO AGUIRRE FLORES,**
and all others similarly situated under
29 U.S.C. §216(b),

      Plaintiff(s),

vs.

**CUSTOM KRAFT, LLC,**
a Florida For-Profit Corporation, and
**RAUL AGUILAR**, individually,

      Defendants.

_____/

### <u>SUMMONS</u>

THE STATE OF FLORIDA:
To Each Sheriff of Said State:

      YOU ARE HEREBY COMMANDED to serve this Summons and a copy of Complaint
to Defendant:

**CUSTOM KRAFT, LLC**
THROUGH ITS REGISTERED AGENT:
**RAUL AGUILAR**
745 Majorca Avenue
Coral Gables, FL 33134

      Defendant is required to serve written defenses to the Complaint on Plaintiff's attorney,
whose name and address is: **J. Freddy Perera, Esq. and Brody M. Shulman, Esq., Perera
Alemán, 12555 Orange Drive, Second Floor, Davie, Florida 33330** within 20 calendar days
after service of this summons on that Defendant, exclusive of the day of service, and to file the
original of the defenses with the Clerk of the Court either before service on Plaintiff's attorney or
immediately thereafter.  If a Defendant fails to do so, a default will be entered against that
Defendant for the relief demanded in the complaint or petition.

      DATED ON _____6/1/2022_____, 2022.

              HARVEY RUVIN

              By: _____/ 36565

                 As Deputy Clerk

## SUMMONS:
## PERSONAL SERVICE OF A CORPORATION

### IMPORTANT

A lawsuit has been filed against you.  You have 20 calendar days after this summons is served upon you to file a written response to the attached Complaint in this Court.  A phone call will not protect you.  Your written response, including the above case number and named parties, must be filed if you want the Court to hear your case.  If you do not file your response on time, you may lose the case, and your wages, money and property may thereafter be taken without further warning from the Court.  There are other legal requirements.  You may want to call an attorney right away.  If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the Court you must also mail or take a carbon copy or photocopy of your written response to the "Plaintiff/Plaintiff Attorney" named below.

### IMPORTANTE

Usted ha sido demandado legalmente.  Tiene veinte (20) dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera; si usted desea que el escrito, incluyendo el numero del caso y los nombres de las partes interesadas en dicho caso.  Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o priva de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales.  Si lo desea puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda pro su cuenta, al mismoi tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia du su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney."  (Demandante o Abogado de Demandante).

### IMPORTANT

Des poursuites judiciaries ont ele entreprises contre vous.  Vous avez 20 jours consecutifs a partir de la date de l'assignation de cet'te citation pour deposser une response ecite a la plainte cijointe aupres de ce Tribunal.  Un simple coup de telephone est insuffisant pour vous proteger; vous etes oblige de deposer votre reponse ecrite, ave mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le Tribunal entende votre cause.  Si cous ne deposez pas votre reponse ecrite dans le relai requis, vous resiquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent tere saisis par la suite, sans aucun preavis ulterieur du Tribunal.  Il a d' autres obligations juridiques et vous pouvez requerir les services immediates d'un avocat.  Si vous ne connaissez pas d'avocats, vou pourriez telephoner a un service de reference d'avocats ou a un brueau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme tempos que cette formalite, faire parvenir ou expedier une copie au carbone ou une photocopie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocate) nomme ci-dessous.

Filed By:

    J. Freddy Perera, Esq.
    Florida Bar No. 93625
    freddy@pba-law.com
    Brody M. Shulman, Esq.
    Florida Bar No. 92044
    brody@pba-law.com

Address:

    **PERERA ALEMÁN**
    12555 Orange Drive
    Second Floor
    Davie, Florida 33330
    Telephone: 786-485-5232

**IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA**

**CASE NO.: 2022-009467-CA-01**

**EDWIN ORLANDO AGUIRRE FLORES,**
and all others similarly situated under
29 U.S.C. §216(b),

      Plaintiff(s),

vs.

**CUSTOM KRAFT, LLC,**
a Florida For-Profit Corporation, and
**RAUL AGUILAR**, individually,

      Defendants.

_____/

**SUMMONS**

THE STATE OF FLORIDA:
To Each Sheriff of Said State:

     YOU ARE HEREBY COMMANDED to serve this Summons and a copy of the Complaint, on Defendant:

**RAUL AGUILAR**
745 Majorca Avenue
Coral Gables, FL 33134

     Defendant is required to serve written defenses to the Complaint on Plaintiff's attorney, whose name and address is: **J. Freddy Perera, Esq. and Brody M. Shulman, Esq., Perera Alemán, 12555 Orange Drive, Second Floor, Davie, Florida 33330** within 20 calendar days after service of this summons on that Defendant, exclusive of the day of service, and to file the original of the defenses with the Clerk of the Court either before service on Plaintiff's attorney or immediately thereafter. If a Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the complaint or petition.

                  6/1/2022
     DATED ON _____, 2022.

                             HARVEY RUVIN

                             By: _____ 38084
                               As Deputy Clerk

## SUMMONS:
## PERSONAL SERVICE OF A NATURAL PERSON

### IMPORTANT

A lawsuit has been filed against you.  You have 20 calendar days after this summons is served upon you to file a written response to the attached Complaint in this Court.  A phone call will not protect you.  Your written response, including the above case number and named parties, must be filed if you want the Court to hear your case.  If you do not file your response on time, you may lose the case, and you wage, money and property may thereafter be taken without further warning from the Court.  There are other legal requirements.  You may want to call an attorney right away.  If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the Court you must also mail or take a carbon copy or photocopy of your written response to the "Plaintiffs/Plaintiffs' Attorney" named below.

### IMPORTANTE

Usted ha sido demandado legalmente.  Tiene veinte (20) días, contados a partir del recibo de esta notificación, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal.  Una llamada telefónica no lo protegerá; si usted desea que el escrito, incluyendo el numero del caso y los nombres de las partes interesadas en dicho caso.  Si usted no contesta la demanda a tiempo, pudiese perder el caso y podría ser despojado de sus ingresos y propiedades, o privada de sus derechos, sin previo aviso del tribunal.  Existen otros requisitos legales.  Si lo desea puede usted consultar a un abogado inmediatamente.  Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guía telefónica.

Si desea responder a la demanda pro su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, deberá usted enviar por correo o entregar una copia du su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney."  (Demándate o Abogado de Demandante).

### IMPORTANT

Des poursuites judiciaries ont ele entreprises contre vous.  Vous avez 20 jours consecutifs a partir de la date de l'assignation de cet'te citation pour depposer une response ecite a la plainte cijointe aupres de ce Tribunal.  Un simple coup de telephone est insuffisant pour vous proteger; vous etes oblige de deposer votre reponse ecrite, ave mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le Tribunal entende votre cause.  Si cous ne deposez pas votre reponse ecrite dans le relai requis, vous resiquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent tere saisis par la suite, sans aucun preavis ulterieur du Tribunal.  Il a d' autres obligations juridiques et vous pouvez requerir les services immediates d'un avocat.  Si vous ne connaissez pas d'avocats, vou pourriez telephoner a un service de reference d'avocats ou a un brueau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme tempos que cette formalite, faire parvenir ou expedier une copie au carbone ou une photocopie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocate) nomme ci-dessous.

Filed By:

    J. Freddy Perera, Esq.
    Florida Bar No. 93625
    freddy@pba-law.com
    Brody M. Shulman, Esq.
    Florida Bar No. 92044
    brody@pba-law.com

Address:

    **PERERA ALEMÁN**
    12555 Orange Drive
    Second Floor
    Davie, Florida 33330

## RETURN OF SERVICE

State of Florida                County of Miami-Dade                    Circuit Court

Case Number: 2022-009467-CA-01

Plaintiff:
**EDWIN ORLANDO AGUIRRE FLORES**

vs.

Defendant:
**CUSTOM KRAFT, LLC, ET AL**



OJF2022011394

For:
J. FREDDY PERERA
PERERA ALEMAN PLLC
12401 ORANGE DR
STE 123
DAVIE, FL 33330

Received by OJF SERVICES, INC. on the 1st day of June, 2022 at 4:06 pm to be served on **RAUL AGUILAR, 745 MAJORCA AVE., CORAL GABLES, FL 33134**.

I, GREG SCHULTE, do hereby affirm that on the **13th day of June, 2022** at **7:35 pm, I:**

**INDIVIDUAL/PERSONAL:** served by delivering a true copy of the **SUMMONS AND COMPLAINT** to: **RAUL AGUILAR** at the address of: **745 MAJORCA AVE., CORAL GABLES, FL 33134** with the date and hour of service endorsed thereon by me, and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

I CERTIFY THAT I AM OVER THE AGE OF 18, HAVE NO INTEREST IN THE ABOVE ACTION, AND THAT I AM A CERTIFIED PROCESS SERVER, IN GOOD STANDING, IN THE JUDICIAL CIRCUIT IN WHICH THE PROCESS WAS SERVED. "UNDER PENALTY OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING (DOCUMENT) AND THAT THE FACTS STATED IN IT ARE TRUE, 92.525. ELECTRONIC SIGNATURES ARE NOW PERMITTED PURSUANT TO FLORIDA STATUTE 48.21. NOTARY ARE NOT REQUIRED PURSUANT TO F.S. 92.525(2).

GREG SCHULTE
CPS #245

**OJF SERVICES, INC.**
**13727 S.W. 152nd Street**
**P.M.B. 354**
**Miami, FL 33177**
**(786) 293-5750**

Our Job Serial Number: OJF-2022011394

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.2i

Filing # 150272521 E-Filed 05/25/2022 11:22:28 AM

**IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA**

**CASE NO.: 2022-009467-CA-01**

**EDWIN ORLANDO AGUIRRE FLORES,**
and all others similarly situated under
29 U.S.C. §216(b),

      Plaintiff(s),

vs.

**CUSTOM KRAFT, LLC,**
a Florida For-Profit Corporation, and
**RAUL AGUILAR**, individually,

      Defendants.

_____/

**SUMMONS**

THE STATE OF FLORIDA:
To Each Sheriff of Said State:

     YOU ARE HEREBY COMMANDED to serve this Summons and a copy of the Complaint, on Defendant:

**RAUL AGUILAR**
745 Majorca Avenue
Coral Gables, FL 33134

     Defendant is required to serve written defenses to the Complaint on Plaintiff's attorney, whose name and address is: **J. Freddy Perera, Esq. and Brody M. Shulman, Esq., Perera Alemán, 12555 Orange Drive, Second Floor, Davie, Florida 33330** within 20 calendar days after service of this summons on that Defendant, exclusive of the day of service, and to file the original of the defenses with the Clerk of the Court either before service on Plaintiff's attorney or immediately thereafter. If a Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the complaint or petition.

                 6/1/2022
DATED ON _____, 2022.

                          HARVEY RUVIN

                          By: _____ 38084
                            As Deputy Clerk

## SUMMONS:
## PERSONAL SERVICE OF A NATURAL PERSON

### IMPORTANT

A lawsuit has been filed against you.  You have 20 calendar days after this summons is served upon you to file a written response to the attached Complaint in this Court.  A phone call will not protect you.  Your written response, including the above case number and named parties, must be filed if you want the Court to hear your case.  If you do not file your response on time, you may lose the case, and you wage, money and property may thereafter be taken without further warning from the Court.  There are other legal requirements.  You may want to call an attorney right away.  If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the Court you must also mail or take a carbon copy or photocopy of your written response to the "Plaintiffs/Plaintiffs' Attorney" named below.

### IMPORTANTE

Usted ha sido demandado legalmente.  Tiene veinte (20) días, contados a partir del recibo de esta notificación, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal.  Una llamada telefónica no lo protegerá; si usted desea que el escrito, incluyendo el numero del caso y los nombres de las partes interesadas en dicho caso.  Si usted no contesta la demanda a tiempo, pudiese perder el caso y podría ser despojado de sus ingresos y propiedades, o privada de sus derechos, sin previo aviso del tribunal.  Existen otros requisitos legales.  Si lo desea puede usted consultar a un abogado inmediatamente.  Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guía telefónica.

Si desea responder a la demanda pro su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, deberá usted enviar por correo o entregar una copia du su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney."  (Demándate o Abogado de Demandante).

### IMPORTANT

Des poursuites judiciaries ont ele entreprises contre vous.  Vous avez 20 jours consecutifs a partir de la date de l'assignation de cet'te citation pour deposser une response ecite a la plainte cijointe aupres de ce Tribunal.  Un simple coup de telephone est insuffisant pour vous proteger; vous etes oblige de deposer votre reponse ecrite, ave mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le Tribunal entende votre cause.  Si cous ne deposez pas votre reponse ecrite dans le relai requis, vous resiquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent tere saisis par la suite, sans aucun preavis ulterieur du Tribunal.  Il a d' autres obligations juridiques et vous pouvez requerir les services immediates d'un avocat.  Si vous ne connaissez pas d'avocats, vou pourriez telephoner a un service de reference d'avocats ou a un breuau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme tempos que cette formalite, faire parvenir ou expedier une copie au carbone ou une photocopie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocate) nomme ci-dessous.

Filed By:

    J. Freddy Perera, Esq.
    Florida Bar No. 93625
    freddy@pba-law.com
    Brody M. Shulman, Esq.
    Florida Bar No. 92044
    brody@pba-law.com

Address:

    **PERERA ALEMÁN**
    12555 Orange Drive
    Second Floor
    Davie, Florida 33330

## RETURN OF SERVICE

| State of Florida | County of Miami-Dade | Circuit Court |
|---|---|---|

Case Number: 2022-009467-CA-01



OJF2022011393

Plaintiff:
**EDWIN ORLANDO AGUIRRE FLORES**

vs.

Defendant:
**CUSTOM KRAFT, LLC, ET AL**

For:
J. FREDDY PERERA
PERERA ALEMAN PLLC
12401 ORANGE DR
STE 123
DAVIE, FL 33330

Received by OJF SERVICES, INC. on the 1st day of June, 2022 at 4:06 pm to be served on **CUSTOM KRAFT, LLC C/O REGISTERED AGENT: RAUL AGUILAR, 745 MAJORCA AVE., CORAL GABLES, FL 33134.**

I, GREG SCHULTE, do hereby affirm that on the **13th day of June, 2022** at **7:35 pm, I:**

**CORPORATE - REGISTERED AGENT:** served by delivering a true copy of the **SUMMONS AND COMPLAINT** with the date and hour of service endorsed thereon by me, to: **RAUL AGUILAR** as **Registered Agent** At the address of: **745 MAJORCA AVE., CORAL GABLES, FL 33134** for **CUSTOM KRAFT, LLC C/O REGISTERED AGENT: RAUL AGUILAR,** and informed said person of the contents therein, in compliance with either federal or state statutes.

I CERTIFY THAT I AM OVER THE AGE OF 18, HAVE NO INTEREST IN THE ABOVE ACTION, AND THAT I AM A CERTIFIED PROCESS SERVER, IN GOOD STANDING, IN THE JUDICIAL CIRCUIT IN WHICH THE PROCESS WAS SERVED. "UNDER PENALTY OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING (DOCUMENT) AND THAT THE FACTS STATED IN IT ARE TRUE, 92.525. ELECTRONIC SIGNATURES ARE NOW PERMITTED PURSUANT TO FLORIDA STATUTE 48.21. NOTARY ARE NOT REQUIRED PURSUANT TO F.S. 92.525(2).

GREG SCHULTE
CPS #245

**OJF SERVICES, INC.**
**13727 S.W. 152nd Street**
**P.M.B. 354**
**Miami, FL 33177**
**(786) 293-5750**

Our Job Serial Number: OJF-2022011393

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.2i

Filing # 150272521 E-Filed 05/25/2022 11:22:28 AM

## IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
## IN AND FOR MIAMI-DADE COUNTY, FLORIDA

### CASE NO.: 2022-009467-CA-01

**EDWIN ORLANDO AGUIRRE FLORES,**
and all others similarly situated under
29 U.S.C. §216(b),

      Plaintiff(s),

vs.

**CUSTOM KRAFT, LLC,**
a Florida For-Profit Corporation, and
**RAUL AGUILAR**, individually,

      Defendants.

_____/

### SUMMONS

THE STATE OF FLORIDA:
To Each Sheriff of Said State:

      YOU ARE HEREBY COMMANDED to serve this Summons and a copy of Complaint
to Defendant:

            **CUSTOM KRAFT, LLC**
      THROUGH ITS REGISTERED AGENT:
              **RAUL AGUILAR**
             745 Majorca Avenue
            Coral Gables, FL 33134

      Defendant is required to serve written defenses to the Complaint on Plaintiff's attorney,
whose name and address is: **J. Freddy Perera, Esq. and Brody M. Shulman, Esq., Perera
Alemán, 12555 Orange Drive, Second Floor, Davie, Florida 33330** within 20 calendar days
after service of this summons on that Defendant, exclusive of the day of service, and to file the
original of the defenses with the Clerk of the Court either before service on Plaintiff's attorney or
immediately thereafter. If a Defendant fails to do so, a default will be entered against that
Defendant for the relief demanded in the complaint or petition.

      DATED ON _____6/1/2022_____, 2022.

              HARVEY RUVIN

              By: _____/36565
                As Deputy Clerk

11393

## SUMMONS:
## PERSONAL SERVICE OF A CORPORATION

### IMPORTANT

A lawsuit has been filed against you.  You have 20 calendar days after this summons is served upon you to file a written response to the attached Complaint in this Court.  A phone call will not protect you.  Your written response, including the above case number and named parties, must be filed if you want the Court to hear your case.  If you do not file your response on time, you may lose the case, and your wages, money and property may thereafter be taken without further warning from the Court.  There are other legal requirements.  You may want to call an attorney right away.  If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the Court you must also mail or take a carbon copy or photocopy of your written response to the "Plaintiff/Plaintiff Attorney" named below.

### IMPORTANTE

Usted ha sido demandado legalmente.  Tiene veinte (20) dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal.  Una llamada telefonica no lo protegera; si usted desea que el escrito, incluyendo el numero del caso y los nombres de las partes interesadas en dicho caso.  Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o priva de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales.  Si lo desea puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda pro su cuenta, al mismoi tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia du su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney." (Demandante o Abogado de Demandante).

### IMPORTANT

Des poursuites judiciaries ont ele entreprises contre vous.  Vous avez 20 jours consecutifs a partir de la date de l'assignation de cet'te citation pour deposer une response ecite a la plainte cijointe aupres de ce Tribunal.  Un simple coup de telephone est insuffisant pour vous proteger; vous etes oblige de deposer votre reponse ecrite, ave mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le Tribunal entende votre cause.  Si cous ne deposez pas votre reponse ecrite dans le relai requis, vous resiquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent tere saisis par la suite, sans aucun preavis ulterieur du Tribunal.  Il a d' autres obligations juridiques et vous pouvez requerir les services immediates d'un avocat. Si vous ne connaissez pas d'avocats. vou pourriez telephoner a un service de reference d'avocats ou a un brueau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme tempos que cette formalite, faire parvenir ou expedier une copie au carbone ou une photocopie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocate) nomme ci-dessous.

Filed By:

    J. Freddy Perera, Esq.
    Florida Bar No. 93625
    freddy@pba-law.com
    Brody M. Shulman, Esq.
    Florida Bar No. 92044
    brody@pba-law.com

Address:

    **PERERA ALEMÁN**
    12555 Orange Drive
    Second Floor
    Davie, Florida 33330
    Telephone: 786-485-5232